Nathan A. Finch (#031279)
Michael Thrall (#031172)
**Catalyst Legal Group, PLLC**
1820 E Ray Road
Chandler, AZ 85225
Nathan@Catalyst.Lawyer
480.633.2444
*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Christine E. Springer,<br>    Debtor.<br><br>Capital One Auto Finance, a division of Capital one, N.A.,<br>    Secured Creditor/Movant,<br>v.<br>Christine E. Springer.<br>    Respondent. | Chapter 13<br><br>Case No. 2:17-bk-03276-PS<br><br>**OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MOTION FOR RELIEF FROM THE CODEBTOR STAY**<br><br>**Property Description:**<br>2014 Hyundai Elantra VIN KMHD35LH3EU203581 **(hereafter the "Collateral")** |

Christine E. Springer ("Debtor") by and through undersigned counsel hereby objects to Capital One Auto Finance ("Movant") *Motion for Relief from the Automatic Stay* (the "Motion"). Debtor is amending her Chapter 13 Plan to retain the Collateral and pay the debt in full at 5.75% interest. This Objection is supported by the attached Memorandum of Points and Authorities.

//

//

//

1

1

2   DATED this 18th day of May 2018.

3                                               **CATALYST LEGAL GROUP, PLLC**

4

5                                               /s/Nathan Finch
6                                               Nathan Finch
                                                1820 E Ray Road
7                                               Chandler, AZ  85225
                                                *Attorney for Debtor*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

## MEMORANDUM OF POINTS AND AUTHORITIES

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2)(G) and 11 U.S.C. § 362.

2. Christine E. Springer ("Debtor") and Debra Burton (the "Co-debtor") executed and delivered to Secured Creditor a contract (hereafter the "Contract")

3. Repayment of all amounts due on the Contract is secured with the following described collateral:

**2014 Hyundai Elantra VIN KMHD35LH3EU203581**

(hereafter referred to as the "**Collateral**")

4. The Secured Creditor's lien on the Collateral is properly perfected.

5. Movant is the owner and holder of the Contract and the documents securing repayment of all amounts due.

6. The Debtor was a co-signer on the Collateral with her mother, Debra Ann Burton

7. The Debtor surrendered her interest in the Collateral as part of the Stipulated Confirmation Order. See Docket entry: 29.

8. Debra Ann Burton was paying for the Collateral through her own Chapter 13, Case No. 2:17-bk-01317-BKM.

9. Debra Ann Burton Chapter 13 Case was dismissed on November 6, 2017.

10. Movant filed a Motion for Relief on April 23, 2018.

11. Debtor is Amending her Chapter 13 to retain the Collateral and pay the debt in full in her plan rather than surrendering her interest. .

WHEREFORE Debtor requests that the court deny Movant's request for relief from the automatic stay.

//
//

3

Case 2:17-bk-03276-PS    Doc 51    Filed 05/18/18    Entered 05/18/18 11:58:24    Desc
Main Document    Page 3 of 4

DATED this 18th of May 2018.

**CATALYST LEGAL GROUP, PLLC**

/s/Nathan Finch
Nathan Finch
1820 E Ray Road
Chandler, AZ  85225
***Attorney for Debtors***

A COPY of the foregoing served via ECF
and email and regular mail
this 18th of May 2018, to:

**WINDTBERG & ZDANCEWICZ, PLC**
Post Office Box 51826
Phoenix, AZ 85076-1826
Phone: (480) 584-5660
Fax: (480) 584-5958
courtdocs@wzfirm.com

Russell Brown, Trustee
3838 North Central Avenue - Suite 800
Phoenix, Arizona 85012-1965
*Chapter 13 Trustee*

/s/ SB