**WINDTBERG & ZDANCEWICZ, PLC**
Post Office Box 51826
Phoenix, AZ 85076-1826
Phone: (480) 584-5660
Fax: (480) 584-5958
courtdocs@wzfirm.com
Michael Zdancewicz - 12426
Marc Windtberg - 24802

Attorneys for Capital One Auto Finance, a
division of Capital One, N.A.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Christine E. Springer,<br><br>Debtor.<br><br>Capital One Auto Finance, a division of Capital One, N.A.,<br><br>Movant,<br>v.<br><br>Christine E. Springer,<br><br>Respondent. | No. 2:17-bk-03276-PS<br><br>**Chapter 13 Proceeding**<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Property Description:**<br>**2014 Hyundai Elantra VIN KMHD35LH3EU203581** |

Notice is hereby given that Capital One Auto Finance, a division of Capital One, N.A. is withdrawing its Motion for Relief from the Automatic Stay, filed at docket entry 49.

Dated: July 3, 2018.

WINDTBERG & ZDANCEWICZ, PLC
/s/ Michael Zdancewicz (#012426)
Michael Zdancewicz
Marc Windtberg
Post Office Box 51826
Phoenix, AZ 85076-1826
Attorneys for Capital One Auto Finance, a division of Capital One, N.A.

Certificate of Service

I certify that on July 3, 2018, a true and correct copy of the above and foregoing was served upon the following parties by regular first-class mail:

| Russell A. Brown<br>Chapter 13 Trustee<br>Office of Russell Brown, Trustee<br>3838 North Central Avenue, Suite 800<br>Phoenix AZ 85012-1965 | Nathan A. Finch<br>Catalyst Legal Group PLLC<br>1820 E Ray Rd.<br>Chandler AZ 85225 |
|---|---|
| Christine E. Springer<br>2942 N 24th St., Suite 114<br>Phoenix AZ 85016 | Debra Burton<br>3031 N 36th Street #15<br>Phoenix AZ 85018 |

/s/ Michael Zdancewicz